Case 3:14-cv-02899-B   Document 1-1   Filed 08/13/14   Page 1 of 1   PageID 6

8/13/2014                                   courts.dallascounty.org/CaseDetail.aspx?CaseID=4916926

Skip to Main Content Logout My Account Search Menu New Civil District Search Refine Search  Back        Location : All District Civil Courts   Images Help

# REGISTER OF ACTIONS
## CASE NO. DC-14-07241

| | | |
|---|---|---|
| EFRAIN AREIZAGA vs. ADW CORPORATION | § § § § § | Case Type: **OTHER CONTRACT**<br>Subtype: **EMPLOYMENT (OTHER)**<br>Date Filed: **07/09/2014**<br>Location: **95th District Court** |

### PARTY INFORMATION

|  |  | Lead Attorneys |
|---|---|---|
| DEFENDANT | ADW CORPORATION | |
| PLAINTIFF | AREIZAGA, EFRAIN | Pro Se |

### EVENTS & ORDERS OF THE COURT

| | OTHER EVENTS AND HEARINGS | | |
|---|---|---|---|
| 07/09/2014 | NEW CASE FILED (OCA) - CIVIL | | |
| 07/09/2014 | ISSUE CITATION | | |
| 07/09/2014 | CITATION | | |
| | ADW CORPORATION | Served | 07/28/2014 |
| | | Returned | 07/30/2014 |
| 07/09/2014 | ORIGINAL PETITION | | |
| 07/09/2014 | CASE FILING COVER SHEET | | |
| 07/17/2014 | NOTE - ADMINISTRATOR | | |
| | Set for dismissal (service/default) 8/28/2014. Notice mailed to Pro Se Plaintiff. | | |
| 07/30/2014 | RETURN OF SERVICE | | |
| | 379583 ADW Corporation ROS | | |
| 08/28/2014 | DISMISSAL FOR WANT OF PROSECUTION (8:30 AM) (Judicial Officer MOLBERG, KEN) | | |

### FINANCIAL INFORMATION

| | PLAINTIFF AREIZAGA, EFRAIN | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | 285.00 |
| | Total Payments and Credits | | | 285.00 |
| | **Balance Due as of 08/13/2014** | | | **0.00** |
| 07/09/2014 | Transaction Assessment | | | 277.00 |
| 07/09/2014 | Transaction Assessment | | | 8.00 |
| 07/09/2014 | PAYMENT (CASE FEES) | Receipt # 38705-2014-DCLK | EFRAIN AREIZAGA | (285.00) |

**EXHIBIT 1**