

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| Efrain Areizaga, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:14-cv-2899 |
| | § | |
| ADW Corporation, | § | **ORIGINAL** |
| | § | |
| *Defendant*. | § | |
| | § | |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Plaintiff Efrain Areizaga ("*Plaintiff*" or "*Areizaga*") files this Motion to Dismiss with Prejudice ("*Motion*") to dismiss with prejudice all claims and causes of action brought, or which could have been brought, by Plaintiff against ADW Corporation ("*Defendant*" or "*ADW*"). Plaintiff no longer desires to pursue this lawsuit. *EXPEDITE MOTION.*

For the above reason, Plaintiff prays that this Motion to Dismiss with Prejudice be granted, that all causes of action brought, or which could have been brought, herein by Plaintiff against ADW be dismissed with prejudice against refiling same, and that the court costs and other costs of the suit be taxed against the party incurring same.

Dated:  August 17, 2016

Respectfully submitted,

*/s/ Efrain Areizaga*

Efrain Areizaga (*Pro Se*)
2730 Oak Tree Drive, Unit #2108
Carrollton, Texas 75006
Tel.   (972) 878-3827
efrainareizaga@gmail.com

*Pro Se Plaintiff*


# CERTIFICATE OF SERVICE

This filing was served in compliance with Rule 5 of the Federal Rules of Civil Procedure by hand delivery on August 17th, 2016:

Norlynn B. Price
Norlynn.price@nortonrosefulbright.com
Danielle Alexis Matthews
danielle.alexis.matthews@nortonrosefulbright.com
John R. Herring
john.herring@nortonrosefulbright.com
Jordan Campbell
jordan.campbell@nortonrosefulbright.com
Barrett Robin
barrett.robin@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
Telephone:   (214) 855-8000
Facsimile:   (214) 855-8200

*/s/ Efrain Areizaga*
Efrain Areizaga