UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EFRAIN AREIZAGA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:14-CV-2899-B |
| | § | |
| ADW CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Motion to Dismiss With Prejudice (Doc. 168), filed on August 17, 2016. In the Motion, Plaintiff requests that the Court dismiss all claims in this action with prejudice.

After reviewing the Motion, the Court finds that it should be, and hereby is, **GRANTED**. Accordingly, the Court **ORDERS** that all claims and causes of action in this matter be **DISMISSED with prejudice**. Each party shall bear its own fees and costs.

SO ORDERED.

SIGNED: August 18, 2016.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE