CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS** 2017 AUG -8   AM 11: 29
**DALLAS DIVISION**

DEPUTY CLERK

| | | |
|---|---|---|
| EFRAIN AREIZAGA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:14-cv-2899 |
| | § | |
| ADW Corporation. | § | |
| | § | |
| Defendant. | § | |
| | § | |

**PLAINTIFF'S  MOTION TO SET ASIDE FINAL JUDGMENT AND VOID IN PART
THE PARTIES MEDIATION SETTLEMENT AGREEMENT DUE TO FRAUD ON THE
COURT**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The plaintiff, EFRAIN AREIZAGA, moves the court for a motion to set aside final

judgment with prejudice and void in part the parties' mediation settlement agreement (MSA) due

to fraud on the court, pursuant to 60(b)(3) of the Federal Rules of Civil Procedure.

And in support of this motion, the plaintiff incorporates by reference, plaintiff's brief in

support of plaintiff's motion to set aside final judgment and void in part the parties mediation

settlement agreement and all exhibits in plaintiff's appendix in support of plaintiff's motion to

set aside final judgment and void in part the parties mediation settlement agreement due to fraud

on the court, as if stated herein.

## CERTIFICATE OF SERVICE

Plaintiff's motion to set aside final judgment and void in part the parties mediation settlement agreement due to fraud on the court, was server on the defendant ADW Corp. thru David Crittenden located at 1445 W. Beltline Road, #104, Carrollton, TX 75006 via Certified US Mail Return Receipt **7016 3010 0000 6208 7337** on August 8, 2017 pursuant to Rule 5 of the Federal Rules of Civil Procedures.

By: _____

**Efrain Areizaga, *Pro Se***
4241 Rufe Snow Drive, Unit# 76180
North Richland Hills, TX 76180
Telephone:  (469) 297-0216
efrainareizaga@gmail.com