IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 18-10304

D.C. Docket No. 3:14-CV-2899

United States Court of Appeals
Fifth Circuit

**FILED**
January 3, 2020

Lyle W. Cayce
Clerk

EFRAIN AREIZAGA,

    Plaintiff - Appellant

v.

ADW CORPORATION,

    Defendant - Appellee

Appeal from the United States District Court for the
Northern District of Texas

Before SOUTHWICK, WILLETT, and OLDHAM, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.



Certified as a true copy and issued
as the mandate on **Jan 27, 2020**

Attest:
**Clerk, U.S. Court of Appeals, Fifth Circuit**